# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

138186

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DARWYN P. FAIR and VOLANTE COUNCIL FAIR,
    Plaintiffs-Counterdefendants-
    Appellants,

v

WILLIE MOODY, JASEN COON, GREG PAYNE, FIRST FINANCED MORTGAGE CORPORATION, LAURIE M. McDONALD, TITLE QUEST INSURANCE AGENCY, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
    Defendants,
and

LASALLE BANK,
    Defendant-Counterplaintiff-
    Appellee.

SC: 138186
COA: 278906
Oakland CC: 2005-063458-CH

_____/

On order of the Court, the application for leave to appeal the December 23, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

Clerk

0420